UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANUEL GEBRESELASSIE, <br><br> Plaintiff, <br><br> vs. <br><br> BRETT SCHOENBERG, CASEY STEIGER, BRIAN BLASÉ, MATHEW BLACKBURN, ADAM JULIS, individuals, and THE CITY OF SEATTLE, a municipal corporation, <br><br> Defendants. | No. <br><br> King County Superior Court <br> Cause No. 12-2-27333-2SEA <br><br> NOTICE TO PLAINTIFF OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT |

TO: AMANUEL GEBRESELASSIE, PLAINTIFF: and
TO: JAMES EGAN AND CLEVELAND STOCKMEYER, ATTORNEY FOR PLAINTIFF:

YOU ARE HEREBY NOTIFIED that on the 17th day of September, 2012, defendants filed with the United States District Court for the Western District of Washington at Seattle their Notice of Removal of the action brought in the Superior Court of Washington for King County, Cause No. 12-2-27333-2SEA.

Defendants thereafter filed a copy of the Notice of Removal with the Clerk of the King County Superior Court.

NOTICE TO PLAINTIFF OF REMOVAL OF ACTION
TO UNITED STATES DISTRICT COURT - 1

**PETER S. HOLMES**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

1  A copy of the Notice of Removal, Verification of State Court Records, and the Notice to
2  Superior Court of Removal are herewith served upon you.

                              PETER S. HOLMES
                              Seattle City Attorney

By:   *s/ Dominique L. Jinhong*
       Assistant City Attorney
       State Bar Number 28293
       Telephone: 206-8251
       E-mail: dominique.jinhong@seattle.gov

By:   *s/ Sarah K. Morehead*
       Assistant City Attorney
       State Bar Number 29680
       Telephone: (206) 233-2158
       E-mail: sarah.morehead@seattle.gov

Seattle City Attorney's Office
600 Fourth Avenue, 4th Floor
PO Box 94769
Seattle, WA  98124-4769
Fax:  (206) 684-8284

Attorneys for Defendants

---

NOTICE TO PLAINTIFF OF REMOVAL OF ACTION
TO UNITED STATES DISTRICT COURT  - 2

**PETER S. HOLMES**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200