UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANUEL GEBRESELASSIE,<br><br>     Plaintiff,<br><br> vs.<br><br>BRETT SCHOENBERG, CASEY STEIGER, BRIAN BLASÉ, MATHEW BLACKBURN, ADAM JULIS, individuals, and THE CITY OF SEATTLE, a municipal corporation,<br><br>     Defendants. | No.   C12-01580-MAT<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

**ORDER**

THIS MATTER having come before this court upon the foregoing stipulation of the parties hereto, and it appearing to the court that the above-entitled cause has been fully settled and compromised as between the plaintiff and the defendants, and the court being fully advised in the premises, now, therefore, it is hereby,

ORDER OF DISMISSAL WITH PREJUDICE
(C12-1580-MAT) - 1

**PETER S. HOLMES**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

1  ORDERED, ADJUDGED AND DECREED that the above-entitled matter and the same
2  is hereby DISMISSED with prejudice and without costs or attorneys' fees.
3  DATED this 26th day of September 2012.

Mary Alice Theiler
United States Magistrate Judge

ORDER OF DISMISSAL WITH PREJUDICE
(C12-1580-MAT) - 2

**PETER S. HOLMES**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200